McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-cv-2244 MCE DB |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| APPROXIMATELY $27,231.00 IN U.S. CURRENCY, | |
| Defendant. | |

This matter came before the undersigned on the United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant currency to oppose the United States' motion.  Based on the United States' motion and the files and records of the court, THE COURT FINDS as follows:

1. This action arose out of a Verified Complaint for Forfeiture *In Rem* filed November 9, 2020.

2. The United States has moved this Court, pursuant to Local Rule 540, for entry of default judgment of forfeiture against potential claimants Ming Guang Chen, Tak Yuk Chen, Lian Xin Chen, Christina Chen and Han Weng Peng.

3. The United States has shown that a complaint for forfeiture was filed; that potential claimants Ming Guang Chen, Tak Yuk Chen, Lian Xin Chen, Christina Chen and Han Weng Peng

////

1

received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED as follows:

1. That Ming Guang Chen, Tak Yuk Chen, Lian Xin Chen, Christina Chen and Han Weng Peng be held in default;

2. That the United States' motion for default judgment and final judgment of forfeiture be granted;

3. That judgment by default be entered against any right, title, or interest of potential claimants Ming Guang Chen, Tak Yuk Chen, Lian Xin Chen, Christina Chen and Han Weng Peng in the defendant currency referenced in the above caption;

4. That a final judgment be entered, forfeiting all right, title, and interest in the defendant currency to the United States, to be disposed of according to law;

5. That the Default Judgment and Final Judgment of Forfeiture lodged herein be signed by the assigned District Judge and filed by the Clerk of the Court.

Dated:  January 29, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\USv$27,231.2244.mdj.f&rs